# Court of Appeals
# of the State of Georgia

ATLANTA,  August 19, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0148. RAMON MCCRAY v. THE STATE.**

Ramon McCray was arrested and charged with two counts of possession of a firearm by a convicted felon. He filed a motion for bond , which the trial court denied. He then filed this pro se notice of appeal. Pretermitting whether McCray properly filed this appeal pro se,[1] we lack jurisdiction.

Appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]" OCGA § 5-6-34 (a) (1) (B). Here, the order McCray seeks to appeal is not a final judgment as the case remains pending in the trial court. Consequently, he was required to use the interlocutory appeal procedure — including obtaining a timely certificate of immediate review from the trial court — to appeal the order denying his request for bond. See OCGA § 5-6-34 (b); *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999). His failure to

---

[1] McCray appears to be represented by counsel below.

comply with the interlocutory appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Mullinax*, 271 Ga. at 112 (1).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  08/19/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*